| Date Filed | Name | Number | Court | Did Defendant Move to Dismiss the Complaint? | Was Motion to Dismiss Granted? | Name of Judge |
|---|---|---|---|---|---|---|
| 1/7/2020 | Darby v. Prairie Farms Dairy, Inc. | 1:2020cv00151 | nysdc | no | n/a | Buchwald, USDJ |
| 1/12/2020 | Collishaw v. Cooperative Regions of Organic Producer Pools | 7:2020cv00277 | nysdc | no | n/a | Halpern, USDJ |
| 1/18/2020 | Pichardo v. Only What You Need, Inc. | 1:2020cv00493 | nysdc | yes | yes | Caproni, USDJ |
| 1/19/2020 | Sanders v. Trader Joe's Company | 1:2020cv00496 | nysdc | no | n/a | Caproni, USDJ |
| 1/21/2020 | Figueroa v. Trader Joe's Company | 1:2020cv00322 | nyedc | yes | no | DeArcy Hall, USDJ |
| 1/27/2020 | Papoulis v. Pacific Foods of Oregon, LLC | 1:2020cv00432 | nyedc | no | n/a | Korman, USDJ |
| 1/27/2020 | Powell v. Dollar Tree Stores, Inc. | 1:2020cv00734 | nysdc | yes | no | Oetken, USDJ |
| 1/28/2020 | Twohig v. Shop-Rite Supermarkets, Inc. | 7:2020cv00763 | nysdc | yes | yes | Seibel, USDJ |
| 2/1/2020 | Brown v. Walgreen Co. | 7:2020cv00891 | nysdc | no | n/a | Karas, USDJ |
| 2/3/2020 | Swantek v. Save-A-Lot Holdings, Inc. | 7:2020cv00894 | nysdc | yes | no | Seibel, USDJ |
| 2/7/2020 | Hamilton v. Orgain, Inc. | 1:2020cv01084 | nysdc | yes | no | Caproni, USDJ |
| 2/10/2020 | Civello v. Conopco, Inc. | 1:2020cv01173 | nysdc | yes | yes | Marrero, USDJ |
| 2/13/2020 | Campbell v. Whole Foods Market Group, Inc. | 1:2020cv01291 | nysdc | yes | no | Woods, USDJ |
| 2/18/2020 | Budhani v. Monster Beverage Company | 1:2020cv01409 | nysdc | yes | yes | Liman, USDJ |
| 2/23/2020 | Kyszenia v. The Hain Celestial Group, Inc. | 1:2020cv00979 | nyedc | yes | no | Block, USDJ |
| 2/26/2020 | Hiland v. Whole Foods Market Group, | 7:2020cv01680 | nysdc | yes | no | Halpern, USDJ |
| 2/28/2020 | Angeles v. Tillamook County Creamery Association | 1:2020cv01764 | nysdc | no | n/a | Oetken, USDJ |
| 3/6/2020 | Spitzer v. Celestial Seasonings, Inc. | 1:2020cv02000 | nysdc | yes | no | Cote, USDJ |
| 3/8/2020 | Webber v. McDonald's Corporation | 7:2020cv02058 | nysdc | yes | no | Karas, USDJ |
| 3/10/2020 | Ferreri et al v. Chobani, LLC | 1:2020cv02161 | nysdc | yes | no | Koeltl, USDJ |
| 3/12/2020 | Lamonakis v. Blue Diamond Growers | 1:2020cv01347 | nyedc | yes | no | Brodie, USDJ |
| 3/16/2020 | Cohen et al v. Wegmans Food Markets, Inc. | 1:2020cv01409 | nyedc | yes | no | Komitee, USDJ |
| 3/19/2020 | Cruz v. D F Stauffer Biscuit Co Inc | 1:2020cv02402 | nysdc | yes | yes | Gardephe, USDJ |
| 3/24/2020 | Gilleo v. The J. M. Smucker Company | 7:2020cv02519 | nysdc | yes | yes | Halpern, USDJ |
| 3/29/2020 | Rodriguez v. 7-Eleven, Inc. | 1:2020cv02636 | nysdc | no | n/a | Buchwald, USDJ |
| 4/5/2020 | Buonocore v. Aldi Inc. | 1:2020cv01699 | nyedc | no | n/a | Cogan, USDJ |
| 4/6/2020 | Ali et al v. All Market, Inc. | 7:2020cv02823 | nysdc | no | n/a | Halpern, USDJ |
| 4/6/2020 | Miller v. Wegmans Food Markets, Inc. | 1:2020cv01703 | nyedc | yes | no | Dearie, USDJ |
| 4/9/2020 | Santiful et al v. Wegmans Food Markets, Inc. | 7:2020cv02933 | nysdc | yes | yes | Roman, USDJ |
| 4/11/2020 | Bardsley v. Nonni's Foods LLC | 7:2020cv02979 | nysdc | yes | no | Roman, USDJ |
| 4/13/2020 | Tinelli v. Costco Wholesale Corporation | 1:2020cv02983 | nysdc | yes | no | Daniels, USDJ |
| 4/15/2020 | Biegel v. Blue Diamond Growers | 7:2020cv03032 | nysdc | yes | no | Seibel, USDJ |
| 4/26/2020 | Mangone et al v. Hals Beverage LLC | 7:2020cv03267 | nysdc | no | n/a | Seibel, USDJ |
| 5/15/2020 | Sharma v. Wegmans Food Markets, Inc. | 1:2020cv02210 | nyedc | yes | no | Vitaliano, USDJ |
| 5/29/2020 | Falborn v. Unilever United States, Inc. | 7:2020cv04138 | nysdc | yes | no | Karas, USDJ |
| 6/1/2020 | Miller v. TC Heartland LLC | 1:2020cv04182 | nysdc | no | n/a | Vyskocil, USDJ |
| 6/4/2020 | Sajnani et al v. The Hain Celestial Group, Inc. | 1:2020cv04281 | nysdc | no | n/a | Rakoff, USDJ |
| 6/7/2020 | Cleary v. Wakefern Food Corp. | 1:2020cv02537 | nyedc | yes | no | Matsumoto, USDJ |
| 6/8/2020 | Guzman v. Aldi Inc. | 1:2020cv02550 | nyedc | yes | no | Dearie, USDJ |
| 6/12/2020 | Mena v. Conagra Brands, Inc. | 1:2020cv04505 | nysdc | yes | no | Vyskocil, USDJ |

| Date Filed | Name | Number | Court | Did Defendant Move to Dismiss the Complaint? | Was Motion to Dismiss Granted? | Name of Judge |
|---|---|---|---|---|---|---|
| 6/26/2020 | Marsella et al v. The Hain Celestial Group, Inc. | 1:2020cv04936 | nysdc | yes | no | Abrams, USDJ |
| 7/1/2020 | Gil v. The Coca-Cola Company | 1:2020cv05064 | nysdc | yes | no | Schofield, USDJ |
| 7/7/2020 | Gaskell et al v. Chobani, LLC | 7:2020cv05199 | nysdc | yes | no | Seibel, USDJ |
| 7/11/2020 | Fisher v. Whole Foods Market Group, Inc. | 1:2020cv05339 | nysdc | yes | no | Woods, USDJ |
| 7/13/2020 | Weintz v. Pacific Foods of Oregon, LLC | 1:2020cv05385 | nysdc | no | n/a | Oetken, USDJ |
| 8/8/2020 | Duffy v. Lidl US, LLC | 1:2020cv03578 | nyedc | no | n/a | Ross, USDJ |
| 8/9/2020 | James v. Hostess Brands, LLC | 1:2020cv06259 | nysdc | no | n/a | Broderick, USDJ |
| 8/14/2020 | Rosenfeld v. Trader Joe's Company | 1:2020cv03717 | nyedc | no | n/a | Cogan, USDJ |
| 9/5/2020 | Brown v. Kellogg Sales Company | 1:2020cv07283 | nysdc | yes | yes | Carter, Jr, USDJ |
| 9/11/2020 | Parmely et al v. The Golub Corporation | 7:2020cv07491 | nysdc | yes | no | Roman, USDJ |
| 9/12/2020 | Magnuson et al v. The Price Chopper, Inc. | 7:2020cv07497 | nysdc | yes | no | Karas, USDJ |
| 9/13/2020 | Carter v. Nestle USA, Inc. | 7:2020cv07498 | nysdc | yes | no | Seibel, USDJ |
| 9/14/2020 | Green v. Nestle Holdings, Inc. | 1:2020cv07499 | nysdc | no | n/a | Rakoff, USDJ |
| 9/21/2020 | Ynfante v. Fairlife LLC | 7:2020cv07776 | nysdc | yes | no | Briccetti, USDJ |
| 9/26/2020 | Figueroa v. Fairlife LLC | 1:2020cv04584 | nyedc | yes | no | DeArcy Hall, USDJ |
| 9/26/2020 | Lugo v. Celestial Seasonings, Inc. | 1:2020cv04580 | nyedc | yes | no | Komitee, USDJ |
| 10/9/2020 | Jones v. Orgain, LLC | 7:2020cv08463 | nysdc | yes | yes | Briccetti, USDJ |
| 10/12/2020 | Mitchell v. Whole Foods Market Group, Inc. | 1:2020cv08496 | nysdc | yes | yes | Ramos, USDJ |
| 10/12/2020 | Myers v. Wakefern Food Corp. | 7:2020cv08470 | nysdc | yes | yes | Roman, USDJ |
| 10/17/2020 | Wargo v. The Hillshire Brands Company | 7:2020cv08672 | nysdc | yes | no | Roman, USDJ |
| 10/18/2020 | Brienza v. The Coca-Cola Company | 7:2020cv08676 | nysdc | no | n/a | Seibel, USDJ |
| 10/19/2020 | Turnipseed v. Simply Orange Juice Company | 7:2020cv08677 | nysdc | yes | yes | Roman, USDJ |
| 10/19/2020 | Warren v. The Stop & Shop Supermarket Company LLC | 7:2020cv08718 | nysdc | yes | no | Roman, USDJ |
| 10/25/2020 | Bradshaw v. Blue Diamond Growers | 1:2020cv05125 | nyedc | no | n/a | Vitaliano, USDJ |
| 10/27/2020 | Collishaw v. Cooperative Regions of Organic Producer Pools | 7:2020cv09009 | nysdc | yes | yes | Halpern, USDJ |
| 11/1/2020 | Alexander v. Wegmans Food Markets, | 7:2020cv09148 | nysdc | yes | no | Briccetti, USDJ |
| 11/16/2020 | Tropp v. Prairie Farms Dairy, Inc. | 3:2020cv01035 | wiwdc | yes | yes | Peterson, USDJ |
| 11/17/2020 | Kushner v. Monster Energy Company | 1:2020cv05606 | nyedc | no | n/a | Garaufis, USDJ |
| 11/22/2020 | Prescott v. Nestl Holdings, Inc. | 1:2020cv05683 | nyedc | no | n/a | Matsumoto, USDJ |
| 12/6/2020 | Salony v. VMG Partners, LLC | 7:2020cv10273 | nysdc | no | n/a | Briccetti, USDJ |
| 12/26/2020 | Moncure v. 7-Eleven, Inc. | 1:2020cv10935 | nysdc | yes | no | Carter, Jr, USDJ |
| 1/6/2021 | Newton v. Orgain Management, Inc. | 1:2021cv00062 | nyedc | no | n/a | Vitaliano, USDJ |
| 1/11/2021 | Socol v. 7-Eleven, Inc. | 7:2021cv00194 | nysdc | no | n/a | Halpern, USDJ |
| 1/13/2021 | Binns v. HP Hood LLC | 7:2021cv00319 | nysdc | yes | no | Roman, USDJ |
| 1/17/2021 | Werner v. Nestle Healthcare Nutrition, | 7:2021cv00408 | nysdc | yes | no | Seibel, USDJ |
| 2/7/2021 | Cavallero v. G.T Japan, Inc. | 7:2021cv01077 | nysdc | yes | no | Karas, USDJ |
| 2/8/2021 | Suriano v. Nestle USA, Inc. | 1:2021cv00717 | ilndc | yes | no | Gottschall, USDJ |
| 2/8/2021 | Zahora v. Orgain, LLC | 1:2021cv00705 | ilndc | yes | yes | Kendall, USDJ |
| 2/19/2021 | Kuciver v. Nestle Healthcare Nutrition, | 1:2021cv00936 | ilndc | yes | no | Kness, USDJ |
| 2/21/2021 | McCauley v. Cooperative Regions of Organic Producer Pools | 7:2021cv01548 | nysdc | yes | yes | Halpern, USDJ |
| 2/22/2021 | Kekish v. Whole Foods Market Group, | 7:2021cv01562 | nysdc | no | n/a | Seibel, USDJ |

| Date Filed | Name | Number | Court | Did Defendant Move to Dismiss the Complaint? | Was Motion to Dismiss Granted? | Name of Judge |
|---|---|---|---|---|---|---|
| 2/25/2021 | Gierwatowski v. Trader Joe's Company | 1:2021cv01119 | ilndc | no | n/a | Westmore, USMJ |
| 2/27/2021 | Hoover v. The Price Chopper, Inc. | 1:2021cv00228 | nyndc | yes | no | Sannes, USDJ |
| 4/11/2021 | Kelly v. Whole Foods Market Group, Inc. | 1:2021cv03124 | nysdc | no | n/a | Failla, USDJ |
| 4/22/2021 | Wach et al v. Prairie Farms Dairy, Inc. | 1:2021cv02191 | ilndc | yes | yes | Bucklo, USDJ |
| 5/2/2021 | Oldrey v. Nestle Waters North America, Inc. | 7:2021cv03885 | nysdc | yes | yes | Roman, USDJ |
| 5/2/2021 | Johnston v. Kashi Sales, L.L.C. | 3:2021cv00441 | ilsdc | yes | no | Rosenstengel, USDJ |
| 5/11/2021 | Barnett v. Frito-Lay North America, Inc. | 3:2021cv00470 | ilsdc | no | n/a | Daly, USMJ |
| 5/16/2021 | Gilker v. Chobani, LLC | 3:2021cv00488 | ilsdc | yes | no | Dugan, USDJ |
| 5/19/2021 | Wienhoff v. Conagra Brands, Inc. | 3:2021cv00501 | ilsdc | yes | yes | Rosenstengel, USDJ |
| 6/10/2021 | Hiltz v. Inventure Foods, Inc. | 1:2021cv03140 | ilndc | no | n/a | Leinenweber, USDJ |
| 7/1/2021 | Chiappetta v. Kellogg Sales Company | 1:2021cv03545 | ilndc | yes | yes | Aspen, USDJ |
| 7/11/2021 | Shelton v. Kraft Heinz Foods Company | 3:2021cv00799 | ilsdc | no | n/a | Dugan, USDJ |
| 7/17/2021 | Karlinski v. Costco Wholesale Corporation | 1:2021cv03813 | ilndc | yes | yes | Shah, USDJ |
| 7/24/2021 | Rudy v. D F Stauffer Biscuit Co Inc | 1:2021cv03938 | ilndc | yes | yes | Wood, USDJ |
| 7/29/2021 | Cashman v. Ferrara Candy Company | 1:2021cv04033 | ilndc | no | n/a | Shah, USDJ |
| 8/16/2021 | Harris v. Kashi Sales, L.L.C. | 3:2021cv50376 | ilndc | yes | no | Johnston, USDJ |
| 8/21/2021 | Harris v. Kellogg Sales Company | 3:2021cv01040 | ilsdc | yes | yes | McGlynn, USDJ |
| 8/29/2021 | Angeles v. Nestle USA, Inc. | 1:2021cv07255 | nysdc | yes | yes | Abrams, USDJ |
| 9/11/2021 | Read v. Anheuser-Busch Inbev Worldwide Inc. | 1:2021cv01261 | ilcdc | no | n/a | Bennett, USDJ |
| 9/18/2021 | Valcarcel v. Ahold U.S.A., Inc. | 1:2021cv07821 | nysdc | yes | no | Rakoff, USDJ |
| 9/18/2021 | Sanders v. The Hillshire Brands Company | 3:2021cv01155 | ilsdc | yes | no | Yandle, USDJ |
| 9/23/2021 | Hauger v. Dollar General Corporation | 1:2021cv01270 | ilcdc | yes | yes | Shadid, USDJ |
| 9/27/2021 | Strow v. B&G Foods, Inc. | 1:2021cv05104 | ilndc | yes | no | Seeger, USDJ |
| 10/5/2021 | Khaimova v. Anheuser-Busch, LLC | 1:2021cv05268 | ilndc | no | n/a | Durkin, USDJ |
| 10/16/2021 | Quinn v. Trader Joe's Company | 1:2021cv05513 | ilndc | no | n/a | Alonso, USDJ |
| 10/17/2021 | Cerretti v. Whole Foods Market Group, Inc. | 1:2021cv05516 | ilndc | yes | yes | Shah, USDJ |
| 10/19/2021 | Russett v. Kellogg Sales Company | 7:2021cv08572 | nysdc | yes | yes | Roman, USDJ |
| 11/14/2021 | Spell v. Inventure Foods, Inc. | 3:2021cv01426 | ilsdc | no | n/a | Rosenstengel, USDJ |
| 11/21/2021 | Hoffman v. Kashi Sales, L.L.C. | 7:2021cv09642 | nysdc | yes | no | Briccetti, USDJ |
| 11/28/2021 | DeMaso v. Walmart Inc. | 1:2021cv06334 | ilndc | yes | yes | Rowland, USDJ |
| 11/28/2021 | Leonard v. Mondelez Global LLC | 1:2021cv10102 | nysdc | yes | yes | Crotty, USDJ |
| 12/4/2021 | Swanberg v. Trader Joe's Company | 1:2021cv06496 | ilndc | no | n/a | Valderrama, USDJ |
| 12/24/2021 | Wilim v. Mondelez Global LLC | 1:2021cv06855 | ilndc | yes | no | Maldonado, USDJ |
| 1/3/2022 | Vazquez v. Snyders-Lance, Inc. | 1:2022cv00026 | nyedc | no | n/a | Block, USDJ |
| 1/14/2022 | Clemmons v. Upfield US Inc. | 1:2022cv00355 | nysdc | yes | no | Castel, USDJ |
| 1/25/2022 | Kowal v. Snyder's-Lance, Inc. | 1:2022cv00441 | ilndc | no | n/a | Chang, USDJ |
| 2/4/2022 | Matthews v. Polar Corp. | 1:2022cv00649 | ilndc | yes | yes | Seeger, U.S.D.J. |
| 2/4/2022 | Alexander v. BlueTriton Brands, Inc. | 1:2022cv00648 | ilndc | yes | no | Tharp, Jr, USDJ |
| 2/26/2022 | Hamidani v. Bimbo Bakehouse LLC | 1:2022cv01026 | ilndc | yes | yes | Coleman, USDJ |
| 3/6/2022 | Sneed v. Ferrero U.S.A., Inc. | 1:2022cv01183 | ilndc | yes | yes | Shah, USDJ |
| 3/10/2022 | Gardner v. Ferrara Candy Company | 1:2022cv01272 | ilndc | yes | yes | Seeger, USDJ |
| 3/16/2022 | Hite v. Unilever United States, Inc. | 7:2022cv02188 | nysdc | no | n/a | Briccetti, USDJ |
| 3/22/2022 | Raczkowski v. Pinnacle Foods Inc | 2:2022cv02061 | ilcdc | yes | yes | Bruce, USDJ |
| 3/23/2022 | Smith v. General Mills Sales, Inc. | 1:2022cv01529 | ilndc | yes | yes | Shah, USDJ |

| Date Filed | Name | Number | Court | Did Defendant Move to Dismiss the Complaint? | Was Motion to Dismiss Granted? | Name of Judge |
|---|---|---|---|---|---|---|
| 3/28/2022 | Ledezma v. Upfield US Inc. | 1:2022cv01618 | ilndc | yes | yes | Feinerman, USDJ |
| 4/16/2022 | Biczo v. Ferrara Candy Company | 1:2022cv01967 | ilndc | yes | yes | Coleman, USDJ |
| 4/24/2022 | Melvan v. General Mills Sales, Inc. | 1:2022cv02114 | ilndc | yes | no | Leinenweber, USDJ |
| 5/14/2022 | Van Orden v. Hikari Sales U.S.A., Inc. | 1:2022cv00504 | nyndc | yes | no | D'Agostino, USDJ |
| 5/29/2022 | Hunt v. General Mills Sales, Inc. | 1:2022cv02835 | ilndc | no | n/a | Durkin, USDJ |
| 6/19/2022 | Nastali v. Dollar General Corporation | 3:2022cv50212 | ilndc | yes | no | Schneider, USDJ |
| 6/20/2022 | Cheah v. Pepperidge Farm, Incorporated | 2:2022cv03633 | nyedc | yes | no | Seybert, USDJ |
| 7/5/2022 | Guzman v. Walmart Inc. | 1:2022cv03465 | ilndc | yes | yes | Seeger, USDJ |
| 7/18/2022 | Feldman v. Wakefern Food Corp. | 7:2022cv06089 | nysdc | yes | no | Halpern, USDJ |
| 7/21/2022 | Vazquez v. Walmart, Inc. | 1:2022cv06215 | nysdc | yes | no | Oetken, USDJ |
| 8/5/2022 | Brockington v. Dollar General | 1:2022cv06666 | nysdc | yes | no | Liman, USDJ |
| 8/7/2022 | Baker v. Walmart Inc. | 3:2022cv03148 | ilcdc | no | n/a | Darrow, USDJ |
| 8/8/2022 | Reyes v. Upfield US Inc. | 7:2022cv06722 | nysdc | yes | no | Karas, USDJ |
| 8/11/2022 | Borovoy v. Mark Anthony Brands Inc. | 1:2022cv04251 | ilndc | no | n/a | Gottschall, USDJ |
| 8/14/2022 | Warren v. The Coca-Cola Company | 7:2022cv06907 | nysdc | yes | yes | Seibel, USDJ |
| 8/20/2022 | Cosgrove v. Kashi Sales L.L.C. | 1:2022cv00760 | miwd | yes | no | Jarbou, USDJ |
| 9/5/2022 | Moore v. Kellogg Sales Company | 3:2022cv03172 | ilcdc | yes | no | Lawless, USDJ |
| 9/18/2022 | Barnett v. Schwan's Consumer Brands, | 3:2022cv02178 | ilsdc | yes | no | Yandle, USDJ |
| 9/27/2022 | Forlenza v. Herr Foods Incorporated | 1:2022cv05278 | ilndc | yes | no | Chang, USDJ |
| 10/9/2022 | Carmen v. Zesty Paws LLC | 1:2022cv05529 | ilndc | no | n/a | Feinerman, USDJ |
| 10/10/2022 | Davis v. The Pur Company (USA) Inc. | 6:2022cv06430 | nywdc | yes | yes | Larimer, USDJ |
| 10/28/2022 | Lesorgen v. Mondelez Global LLC | 3:2022cv50375 | ilndc | yes | yes | Johnston, USDJ |
| 11/14/2022 | Redmond v. Upfield US Inc. | 1:2022cv06334 | ilndc | yes | no | Chang, USDJ |
| 11/21/2022 | Donadio v. Bayer HealthCare LLC | 6:2022cv06521 | nywdc | yes | no | Pedersen, USDJ |
| 11/26/2022 | Thomas v. The Procter & Gamble | 1:2022cv00914 | nywdc | yes | no | Vilardo, USDJ |
| 12/12/2022 | Pautz v. Heineken USA Incorporated | 3:2022cv02911 | ilsdc | no | n/a | McGlynn, USDJ |
| 12/13/2022 | Nootens v. Molson Coors Beverage Company | 1:2022cv07010 | ilndc | yes | no | Coleman, USDJ |
| 12/23/2022 | Mao v. Diageo North America, Inc. | 1:2022cv10847 | nysdc | no | n/a | Abrams, USDJ |
| 1/7/2023 | Marquez v. Sazerac Company, Inc. | 1:2023cv00097 | ilndc | yes | no | Rowland, USDJ |
| 1/16/2023 | Letoski et al v. The Coca-Cola Company | 1:2023cv00238 | ilndc | yes | no | Maldonado, USDJ |
| 1/29/2023 | MCCOY v. NESTLE USA INC | 3:2023cv02218 | flndc | no | n/a | Rodgers, USDJ |
| 2/4/2023 | White v. Schwans Consumer Brands Inc | 2:2023cv00147 | wiedc | no | n/a | Ludwig, USDJ |
| 2/8/2023 | Del Rosario v. Sazerac Company, Inc. | 1:2023cv01060 | nysdc | no | n/a | Gardephe, USDJ |
| 3/6/2023 | Quilez v. Mondelez Global LLC | 1:2023cv01889 | nysdc | no | n/a | Marrero, USDJ |
| 3/27/2023 | REYNOLDS v. MONDELEZ GLOBAL LLC | 5:2023cv00087 | flndc | no | n/a | Rodgers, USDJ |
| 4/2/2023 | Pizarro v. Sazerac Company, Inc. | 7:2023cv02751 | nysdc | no | n/a | Karas, USDJ |