UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JEREMY GUZMAN,

Plaintiff(s),

v.

WALMART INC.,

Respondent(s).

Case No. 22-cv-3465
Hon. Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The Court enters judgment in favor of defendants Walmart Inc. and against plaintiff Jeremy Guzman. (See Dckt. No. [23]). The complaint is hereby dismissed with prejudice. Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger on defendant's motion to dismiss. (Dckt. No. [16])

Date: 4/18/2024

Thomas G. Bruton, Clerk of Court

Jessica J. Ramos, Deputy Clerk